NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC., MOTOROLA MOBILITY LLC,**
*Appellants*

**v.**

**GLOBAL TOUCH SOLUTIONS, LLC,**
*Appellee*

---

2017-1496

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01173.

-------------------------------------------------------------------------------

**GLOBAL TOUCH SOLUTIONS, LLC,**
*Appellant*

**v.**

**APPLE INC., MOTOROLA MOBILITY LLC, MICROSOFT CORPORATION, MICROSOFT MOBILE, INC.,**
*Appellees*

---

2017-1497, -1498

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01175 and IPR2015-01151.

## O R D E R

The above-captioned appeals appear to be related.

We consolidate 2017-1497 and 2017-1498, and thus one set of briefs should be filed for these two appeals.

Accordingly,

IT IS ORDERED THAT:

(1) Appeals 2017-1497 and 2017-1498 are consolidated for briefing. The revised official caption is reflected above. The Certified Lists are due no later than February 28, 2017.

(2) The consolidated cases and 2017-1496 shall be considered companion cases and assigned to the same merits panel.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32